UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANUEL QUINONES,

                            Plaintiff,

                 -against-                        **ORDER**
                                                                  CV 06-1626 (JS)(ARL)

ATLANTIC HYUNDAI,

                            Defendant.

-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter motion dated June 17, 2008, seeking to compel the plaintiff to provide the defendant with his initial disclosures, to respond to the defendant's First Set of Interrogatories and Request for the Production of Documents, and to bar the plaintiff from raising any objections to the outstanding discovery requests. The defendant also seeks costs associated with the motion. The defendant's motion, which is unopposed, is granted in part. The plaintiff shall provide the defendant with his initial disclosures and respond to all outstanding discovery requests by July 11, 2008. Pursuant to Fed. R. Civ. P. 33(b)(4), the plaintiff may not raise any objection to the interrogatories. The defendant's motion for costs is denied. However, the plaintiff is warned that failure to comply with this order may result in the imposition of sanctions including a recommendation that the case be dismissed for failure to prosecute. *See* Fed R. Civ. P. 37 and 41.

Dated:  Central Islip, New York                  **SO ORDERED:**
         June 27, 2008

                                                        _____/s/_____
                                                        ARLENE R. LINDSAY
                                                        United States Magistrate Judge